No. 74–1207. AMERICAN CHEMICAL CORP. ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. Reported below: 42 Cal. App. 3d 45, 57, 59, 63; 116 Cal. Rptr. 751, 758, 759, 761.

No. 69–1. AUGENBLICK *v.* UNITED STATES; and

No. 74–1460. AUGENBLICK *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 206 Ct. Cl. 74, 509 F. 2d 1157.

No. 74–1096. CONK *v.* CLEGG ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 507 F. 2d 1351.

No. 74–1180. PINELL ET AL. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 43 Cal. App. 3d 627, 117 Cal. Rptr. 913.

No. 74–1192. KARP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 508 F. 2d 1122.

No. 74–1345. U. S. MERCHANDISE MART, INC. *v.* D&H DISTRIBUTING CO. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 166 U. S. App. D. C. 205, 509 F. 2d 538.

No. 74–1362. WADDELL *v.* FLEMING. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 510 F. 2d 4.

No. 74–142. H. B. GREGORY CO. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 502 F. 2d 700.

No. 74–1214. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 511 F. 2d 1404.